

# The Attorney General of Texas

November 26, 1980

**MARK WHITE**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

1607 Main St., Suite 1400
Dallas, TX. 75201
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Mr. John P. Parsons
Commissioner
Credit Union Department
914 East Anderson Lane
Austin, Texas 78752

Opinion No. MW-281

Re: The authority of state-chartered credit unions to charge rates of interest authorized under federal law

Dear Mr. Parsons:

You have requested our opinion as to whether state-chartered credit unions are authorized to charge rates of interest that are set by federal law.

Article XVI, section 11 of the Texas Constitution provides in pertinent part:

> The Legislature shall have authority to classify loans and lenders, license and regulate lenders, define interest and fix maximum rates of interest. . . .

Pursuant to this mandate, the legislature enacted as a part of the Texas Credit Union Act, article 2461-7.01, V.T.C.S., which provides:

> If made in accordance with rules and regulations promulgated by the commissioner, a credit union may make loans to members. . . <u>at rates of interest not exceeding one percent per month on the unpaid monthly balance.</u> (Emphasis added).

Your question concerns the recently enacted federal law, the Depository Institutions Deregulation and Monetary Control Act of 1980, Pub. L. No. 96-221 (1980). Section 310 of Pub. L. No. 96-221 amended the Federal Credit Union Act, 12 U.S.C. 1757(5)(A)(vi), to increase the authorized maximum rate of interest from 12% to 15% per annum for credit unions which were organized in accordance with the provisions of the Federal Credit Union Act. It should be noted that section 310 did not purport to preempt state law to make this provision applicable to state-chartered credit unions.

The Texas Credit Union Act in article 2461-4.03, V.T.C.S., provides:

> The commissioner by rule or regulation may <u>authorize credit unions organized under this Act to engage in any activity in which the credit unions could engage if they were operating as federally chartered credit unions at the time authority is</u> granted, if on investigation or hearing, the commissioner finds it necessary to preserve and protect the welfare of the credit unions and to promote the general economy of this state. (Emphasis added).

Specifically, you have asked whether pursuant to article 2461-4.03 the commissioner may issue a regulation authorizing state-chartered credit unions to charge the rate authorized in section 310 of Pub. L. No. 96-221.

In a previous opinion from this office, it was established that the authority to establish maximum interest rates lies solely with the legislature. See Attorney General Opinion MW-17 (1979). If it does not enact such statutes, the constitution itself fixes a ten per cent maximum. Furthermore, the legislature may not delegate its power to establish maximum interest rates. See Letter Advisory No. 146 (1977). Therefore, article 2461-4.03, V.T.C.S., does not give the credit union commissioner the authority to issue a regulation authorizing state-chartered credit unions to charge a greater rate of interest than that authorized by the legislature in article 2461-7.01, V.T.C.S.

## S U M M A R Y

> Article 2461-4.03, V.T.C.S., does not give the credit union commissioner the authority to issue a regulation authorizing state-chartered credit unions to charge a greater rate of interest than that authorized by the legislature.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by Mitch Winnick
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Susan L. Garrison, Acting Chairman
Jon Bible
Rick Gilpin
Thomas M. Pollan
Mitch Winick
Bruce Youngblood